UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD HORTON,

    Plaintiff,

v.                                       Case No: 8:13-cv-3176-T-30MAP

GOPRO, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Amended Notice of Stipulated Dismissal With Prejudice (Dkt. #33). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of September, 2014.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-3176 dismiss 33.docx